UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

Eastern District of Kentucky
**FILED**

JAN 25 2024

AT LONDON
Robert R. Carr
CLERK U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.                                          INDICTMENT NO. 7:24-cr-01-KKC

WAYNE TACKETT and
CARLOS HALL

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

### COUNT 1
### 18 U.S.C. § 922(a)(1)(A)
### 18 U.S.C. § 2

On or about July 3, 2019, and continuing through on or about October 25, 2023, in Floyd County, in the Eastern District of Kentucky,

**WAYNE TACKETT and
CARLOS HALL,**

aided and abetted by each other, not being licensed firearm dealers within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing firearms, all in violation of 18 U.S.C. § 922(a)(1)(A).

### COUNT 2
### 18 U.S.C. § 922(d)

On or about June 23, 2023, in Floyd County, in the Eastern District of Kentucky,

**WAYNE TACKETT**

knowingly sold firearms, to wit: (1) a Windham Weaponry, model WW-15,

.223cal/5.56mm rifle with serial number WW180465; (2) a Maverick Arms, model 88, 12 gauge shotgun with serial number MV0592298; (3) a Sig Sauer, model P320 Legion, 9mm pistol with serial number 58J252214; (4) a Glock, model 22 Gen4, .40 caliber pistol with serial number BGGY367; and (5) a Smith and Wesson, model M&P 40 M2.0, .40 caliber pistol with serial number NBA3084, to Witness One, knowing and having reasonable cause to believe that Witness One had been convicted of a crime punishable by imprisonment for a term exceeding one year, that is, a felony, all in violation of 18 U.S.C. § 922(d) and § 924(a)(2).

## COUNT 3
## 18 U.S.C. § 922(d)

On or about June 24, 2023, in Floyd County, in the Eastern District of Kentucky,

### WAYNE TACKETT

knowingly sold a firearm, to wit: a Sig Sauer, model 1911R, .45 caliber pistol with serial number 54E062178, to Witness One, knowing and having reasonable cause to believe that Witness One had been convicted of a crime punishable by imprisonment for a term exceeding one year, that is, a felony, all in violation of 18 U.S.C. § 922(d) and § 924(a)(2).

## COUNT 4
## 18 U.S.C. § 922(d)

On or about July 14, 2023, in Floyd County, in the Eastern District of Kentucky,

### WAYNE TACKETT

knowingly sold firearms, to wit: (1) a Draco, model NAK 9, 9mm pistol with serial number RON1943034; (2) a Henry Repeating Rifle, model HO12G, .44 caliber rifle with

serial number BBS02066G; (3) a Glock, model 40 GEN 4, 10 mm pistol with serial number BAWM238; and (4) a Girsan, model MC 1911 C T, .45 caliber pistol with serial number T6368-21AP02941, to Witness One, knowing and having reasonable cause to believe that Witness One had been convicted of a crime punishable by imprisonment for a term exceeding one year, that is, a felony, all in violation of 18 U.S.C. § 922(d) and § 924(a)(2).

## COUNT 5
## 18 U.S.C. § 922(d)

On or about July 15, 2023, in Floyd County, in the Eastern District of Kentucky,

### WAYNE TACKETT

knowingly sold firearms, to wit: (1) an Anderson Manufacturing, model AM-15, multi-caliber rifle with serial number 22033524; and (2) a Glock, model 45, 9 mm pistol, serial number BRKH053, to Witness One, knowing and having reasonable cause to believe that Witness One had been convicted of a crime punishable by imprisonment for a term exceeding one year, that is, a felony, all in violation of 18 U.S.C. § 922(d) and § 924(a)(2).

## COUNT 6
## 18 U.S.C. § 922(d)

On or about July 29, 2023, in Floyd County, in the Eastern District of Kentucky,

### WAYNE TACKETT

knowingly sold firearms, to wit: (1) an Aero Precision LLC, model M5, .308/multi-caliber with serial number US135377; (2) a Smith and Wesson, model 629, .44 Magnum revolver with serial number CDR4160; (3) a Ruger, model Redhawk, .44 Magnum

revolver with serial number 502-86571; and (4) a Springfield Armory, model 1911 DS Prodigy, 9mm pistol with serial number NMH19292, to Witness One, knowing and having reasonable cause to believe that Witness One had been convicted of a crime punishable by imprisonment for a term exceeding one year, that is, a felony, all in violation of 18 U.S.C. § 922(d) and § 924(a)(2).

## COUNT 7
## 18 U.S.C. § 922(d)

On or about October 6, 2023, in Floyd County, in the Eastern District of Kentucky,

### WAYNE TACKETT

knowingly sold firearms, to wit: (1) an Aero Precision LLC, model M5, .308/multi-caliber rifle with serial number US186869; and an Israel Weapons Industries (IWI), model Tavor SAR, .223/5.56 caliber bullpup assault rifle with serial number T0005500, to Witness One, knowing and having reasonable cause to believe that Witness One had been convicted of a crime punishable by imprisonment for a term exceeding one year, that is, a felony, all in violation of 18 U.S.C. § 922(d) and § 924(a)(2).

## COUNT 8
## 18 U.S.C. § 933(a)(1)

On or about October 6, 2023, in Floyd County, in the Eastern District of Kentucky,

### WAYNE TACKETT

disposed of firearms, to wit: (1) an Aero Precision LLC, model M5, .308/multi-caliber rifle with serial number US186869; and (2) an Israel Weapons Industries (IWI), model

Tavor SAR, .223/5.56 caliber bullpup assault rifle with serial number T0005500, to Witness One in or otherwise affecting commerce, knowing or having reasonable cause to believe that the possession of the firearm by Witness One would constitute a felony, all in violation of 18 U.S.C. § 933(a)(1).

## FORFEITURE ALLEGATIONS
### 18 U.S.C. § 934(a)(1)(B)
### 18 U.S.C. § 934(a)(1)(A)
### 18 U.S.C. § 924(d)(1)
### 28 U.S.C. § 2461

1. By virtue of the commission of the offenses alleged in this Indictment, **WAYNE TACKETT** and **CARLOS HALL** shall forfeit to the United States any and all firearms and ammunition involved in or used, or intending to be used, in the violation(s) of 18 U.S.C. §§ 922 and 924. Any and all interest that **WAYNE TACKETT** and **CARLOS HALL** have in this property is vested in and forfeited to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461.

2. By virtue of the commission of the felony offenses alleged in Count 8 of the Indictment, **WAYNE TACKETT** shall forfeit to the United States any and all property used, or intending to be used, to commit and/or to facilitate the commission of the violation of 18 U.S.C. § 933(a)(1) and any and all property constituting proceeds obtained directly or indirectly as a result of the commission of the violations of 18 U.S.C. § 933(a)(1). Any and all interest that **WAYNE TACKETT** has in this property is vested in and forfeited to the United States pursuant to 18 U.S.C. § 934(a)(1)(B) and 18 U.S.C. § 934(a)(1)(A).

3. The property to be forfeited includes, but is not limited to, the following:

**UNITED STATES CURRENCY:**

$1,976 (of which $440 was buy money) seized from Wayne Tackett on or about October 12, 2023;

**FIREARM AND AMMUNITION:**

(a) Firearms seized from the vehicle of Wayne Tackett on or about October 12, 2023:
1. Sig Sauer, model P365X, 9mm pistol, serial number 66B575700;
2. Kel-Tec, model P17, .22 caliber pistol, serial number GRK04;
3. Aero Precision, model X15, multi-caliber rifle (.223/5.56), serial number X543901;
4. Remington, model 30, .30 caliber rifle, serial number RDE000528;
5. Seekins Precision, model SP223, multi-caliber lower receiver with no serial number and an attached BCMMCMR-15 upper receiver;
6. Ruger, model PC Carbine, 9mm rifle, serial number 912- 91822;
7. Sig Sauer, model P365X, 9mm pistol, serial number 66F616909;
8. Sig Sauer, model P320F M17, 9mm pistol, serial number M17A054004;
9. Sig Sauer, model P320 M18, 9mm pistol, serial number M18A073014;
10. Smith & Wesson, model 629 Classic, .44 caliber revolver; serial number BSN8394;
11. Leinad, Inc. (Cobray), model M-11, 9mm pistol, serial number 94-0031029;
12. Kimber, model Custom Title II, .45 caliber pistol, serial number K596189;
13. Kimber, model Super Carry Pro, .45 caliber pistol, serial number KR146768;
14. Sig Sauer, model P226, 9mm pistol, serial number 47A129448;
15. Smith & Wesson, model M&P FPC, 9mm rifle, serial number VA26899;
16. Remington, model 1911 R1S, .45 caliber pistol, serial number RHH030422;
17. Remington, model RP45, .45 caliber pistol, serial number RP019853H;
18. Girsan, model MC 1911, .45 caliber pistol, serial number T6368-22AB05776 and
19. Dan Wesson, model 14, .357 caliber revolver, serial number 19969.

(b) Firearms seized from the residence of Wayne Tackett on or about October 12, 2023:
1. Unknown manufacturer, unknown model, 12 gauge shotgun, serial number A479182;
2. Beretta, model 21A, .22 caliber pistol, serial number DAA603857;
3. Kimber, model Micro 9, 9mm pistol, serial number SCB0022911;
4. Sig Sauer, model P365XL, 9mm pistol, serial number 66B789865;
5. Diamondback, model DB9, 9mm pistol, serial number YN4044;
6. Sig Sauer, model P365XL, 9mm pistol, serial number 66A696093;
7. Ruger, model Mark II Target, .22 caliber pistol, serial number 18-81514;
8. Smith & Wesson, model 22 S, .22 caliber pistol, serial number UAP7773;
9. Ruger, Target model 22/45 MKII, .22 caliber pistol, serial number 271-96151;
10. Smith & Wesson, model 629 Classic, .44 magnum revolver, serial number DBU9150;
11. Ruger, model GP 100, .357 magnum revolver, serial number 174-56468;
12. Ruger, model SP 101, .22 caliber revolver, serial number 570-75007;
13. Kahr Arms, model CT 380, .380 caliber pistol, serial number CAA2463;
14. Smith & Wesson, model 66 Combat Magnum, .357 magnum revolver, serial number CVN8620;
15. Smith & Wesson, model 637, .38 caliber revolver, serial number DKS6375;
16. Smith & Wesson, model 36, .38 caliber revolver, serial number 138270;
17. Sig Sauer, model P365X, 9mm pistol, serial number 66F618828;
18. Smith & Wesson, model M&P 9 Shield, 9mm pistol, serial number HYD5550;
19. Glock, model 45, 9mm pistol, serial number BSZZ349;
20. Walther, model PPQ, 9mm pistol, serial number FCL6663;
21. Taurus, model PT 111 G2 "Millennium G2", 9mm pistol, serial number TIT09796;
22. Taurus, model 1911, 9mm pistol, serial number TMS88287;
23. Charles Daly (Italy), model 1911, .45 caliber pistol, serial number KTIT22X0113;
24. Smith & Wesson, model M&P 9, 9mm pistol, serial number MRC9347;
25. Heckler & Koch, model VP9 SK, 9mm pistol, serial number 232-027161;
26. Kahr Arms, model CW 40, .40 caliber pistol, serial number FF7796;
27. Kahr Arms, model CW 9, 9mm pistol, serial number EM3709;
28. Walther, model PPQ, 9mm pistol, serial number FAZ8613;
29. Beretta, model APX, 9mm pistol, serial number A120441X;

30. Black Rain Ordnance Inc., model SPEC 15, multi-caliber rifle, serial number SR001216;
31. Anderson Manufacturing, model AM-15, multi-caliber rifle, serial number 19350857;
32. Anderson Manufacturing, model AM-15, multi-caliber rifle, serial number 21266789;
33. Thompson Center Arms, model T/CR 22, .22 caliber rifle, serial number JLR5125;
34. Khan (Turkey), model Cobra II, 410 gauge shotgun, serial number 20P4102074;
35. Colt, model Light Rifle, .270 caliber rifle, serial number LR002687;
36. Winchester, model 74, .22 caliber rifle, serial number 78784;
37. Ruger, model 10/22, .22 caliber rifle, serial number 0020-84756;
38. Colt, model Courier, .22 caliber rifle, serial number SC15203;
39. Remington, model 550-1, .22 caliber rifle, serial number OL52;
40. Arcadia Machine & Tool (AMT), model Magnum Hunter, .22 caliber rifle, serial number MR0156;
41. Charles Daly (Turkey), model Field, 20 gauge shotgun, serial number 7612149;
42. Western Auto Supply Co., model Revelation 150 M, .22 caliber rifle, serial number 70205078;
43. Browning, model BL-22, .22 caliber rifle, serial number 05291RN126;
44. Winchester, model 290, .22 caliber rifle, serial number B845269;
45. Ruger, model 10/22, .22 caliber rifle, serial number 234-67410;
46. Colt, model Courier, .22 caliber rifle, serial number SC11660;
47. Winchester, model 250, .22 caliber rifle, serial number 530140;
48. Remington, model 552 "Speedmaster", .22 caliber rifle, serial number A1452391;
49. J.C. Higgins, model 29, .22 caliber rifle, with no serial number;
50. J.C. Higgins, model 36, .22 caliber rifle, with no serial number;
51. Sears & Roebuck, model 25, .22 caliber rifle, with no serial number;
52. Remington, model 572 "Fieldmaster", .22 caliber rifle, serial number B1604468;
53. Marlin, model 60 SB, .22 caliber rifle, serial number 98472785;
54. Ruger, model M77, .270 caliber rifle, serial number 72-44522;
55. Thompson Center Arms, model Venture, .223 caliber rifle, serial number TCX9964

(c) Firearms seized on or about October 25, 2023:
1. Fabrique Nationale Herstal (F.N. Herstal), model 509, 9mm pistol, serial number GKS0062187;
2. Smith & Wesson, model 48, .22 caliber revolver, serial number 78K0622;
3. Smith & Wesson, model 442 Airweight, .38 caliber revolver, serial number CRM4795;
4. Iver Johnson, unknown model, .22 caliber revolver, serial number H98378;
5. Ruger, model LCR, .38 caliber revolver, serial number 543-46511;
6. Colt, model King Cobra, .357 caliber revolver, serial number RA262540;
7. Winchester, model 1892, .32 caliber rifle, serial number 418860;
8. Marlin, model 39, .22 caliber rifle, serial number 5719.

(d) Various rounds of ammunition and accessories seized from Wayne Tackett and Carlos Hall on or about October 12, 2022 and October 25, 2023.

A TRUE BILL

FOREPERSON

*[signature]*

**CARLTON S. SHIER IV**
**UNITED STATES ATTORNEY**

## PENALTIES

### COUNT 1:

Not more than 5 years imprisonment, a $250,000 fine, and 3 years of supervised release.

### COUNTS 2-8:

Not more than 15 years imprisonment, a $250,000 fine, and 3 years of supervised release.

**PLUS:**   Mandatory special assessment of $100 per count.

**PLUS:**   Forfeiture of property.

**PLUS:**   Restitution, if applicable.