Eastern District of Kentucky
FILED

FEB 1 0 2025

AT LEXINGTON
Robert R. Carr
CLERK U.S. DISTRICT COURT

JACKIE TACKETT
5924 Ky Rte. 2030
Banner, KY 41603

January 31, 2025

The Honorable Karen K. Caldwell
United States District Judge
United States District Court
101 Barr Street
Lexington, KY 40507

    RE:   WAYNE TACKETT

Dear Judge Caldwell:

My name is Jackie Tackett and I have lived and worked in Floyd County all my life. Wayne Tackett is my brother-in-law and I have known him for over 40 years. Wayne is an upstanding citizen and has never been arrested, nor has he ever abused drugs or alcohol or gotten himself into any trouble for as long as I've known him. He has always been a hard worker, having worked in the coal mines for many years before becoming disabled. Wayne is a morally and socially responsible person, with a high regard for citizens and persons of authority.

Thank you very much for your time and consideration.

Very truly yours,

JACKIE TACKETT

Dear Judge Caldwell,

My name is Katie Thacker. I am the daughter of Wayne Tackett. When I was informed that we were able to write a character reference for my dad, I knew I had to because no one knows my dad better than I do.

I firstly want to acknowledge that myself, my dad, and all our family understand the charges against him, and we do not take that lightly. I also want to say that I will not provide excuses for him but only an explanation of how this all began. You may or may not know who Eric C. Conn is, but my dad was one of his social security clients receiving benefits. My father was a coal miner for 30+ years underground as a boss. During that time, he developed COPD, black lung, skin cancer, and as of recently is required to wear oxygen at night due to low oxygen saturations while he is sleeping. Once Eric C. Conn was caught for fraud, my dads' benefits were stripped from him. At that moment in time, my father's income went to zero. A few of Eric C. Conn's clients committed suicide over this. Luckily, my father did not. While he did develop depression and anxiety, he persevered for his family. Going to flea markets, selling household items and trading guns is the only way my dad had any money to continue to afford to live.

My dad is truly the epitome of what it means to be the best father and grandfather. He has 4 children, 1 daughter and 3 sons. He has 9 grandkids. Two of my brothers followed his path in life and became coal miners to provide for their families just as my dad did for us. He is the best role model to everyone in our family. He is kind, patient, caring, and hardworking. If you ask my 5-year-old son, Kainen, who can fix something, he is going to say his papaw, Wayne. My dad is a jack of all trades. If I need my car worked on, I know he is the man for the job. If I need my house worked on, I know he's the man for the job. He can weld anything you need fixed and has inspired one of his grandsons to become a welder when he gets older. I'd like to say that I love my daddy more than anyone else in our family does, but if I said that I'd be lying. My 2-year-old son, Kohen, thinks my dad hung the moon. As soon as Kohen catches a glimpse of him, his two little feet take off running with his arms opened wide to his favorite person in the world, his papaw Wayne. It is currently winter here in KY, but my 5-year-old asks every single day if it is warm outside yet so that his papaw can come down and play baseball with him out in the yard.

Not only do we all love and look up to him, but he would also quite literally give the shirt off of his back to anyone that needed it. He is always helping anyone who may need it. He watches my boys on Fridays while I work. He takes his brother who is in end stage kidney failure and on dialysis to Charleston often for his nephrology appointments. He is always volunteering to take any of the grandkids to their appointments or any extra curricular activities, including games and practices that they may have. Anytime I pick up the phone and need help with anything, you best bet I am calling my daddy.

Previously, I stated that I truly understand the severity of the charges against my father, but I am pleading for leniency. My dad is 65 years old and is not the kind of man that deserves to be put away behind bars. Not only that, and not only will it absolutely break my heart, but it will break all of our hearts, including my two boys who love their papaw like no other. I pray everyday that my boys will get to grow up with their papaw by their sides, helping mold them into the amazing young men that I hope that they will be, and the only person that can grant that for them is you, Judge Caldwell. I pray that this letter allows you to see at least somewhat of the amazing man that my father is.

With gratitude,
Katie Thacker, Wayne Tackett's Daughter.

*Katie Thacker*

Dear Judge Caldwell.

Hey. I'm Haley Tackett. My Papaw, Wayne Tackett, is potentially going to jail so I'm writing this letter to hopefully prevent that! My Papaw is incredibly important to me. He's very funny. We have a not-so-inside joke where I sit outside the bathroom until he's done. Weird, right? Anyways, he has made a huge impact on my life. I love him a lot. He's my best friend.

There are a lot of things I could say in this letter, but I'll try to keep it short-ish. At least one page. I remember when playing hide and seek, the ultimate hiding spot being in his closet while he was asleep! Sure, it was stupid and silly, but I don't care. Another thing he does is give me joke chores that I can't do. That being painting the ceiling. It makes me laugh every time he does that. Though there are many funny moments I could talk about, there's one that always makes me feel like there's a pit in my stomach.

Sometimes at 13 years old, I attempted suicide. I sent my mom a message saying I was going to stab myself. My papaw was the only one home at the time and he didn't know what was happening. My mom called me while I was sobbing my eyes out. Then she got my papaw to keep watch of me. I'll be honest, if he wasn't there to keep watch of me, I would've got out of that bed and picked the knife back up. I would be dead. I love my Papaw more than anything and I think of him as the reason I didn't go through with it.

In conclusion, I don't think my papaw should be locked up because he's a good papaw at heart. He's the best papaw and I'd miss him a lot. I hope you end up reading this because I nearly sobbed three times while writing it. If you do end up reading it, thank you.

                                                Sincerely,

                                                Haley Tackett

Dear Judge Caldwell,

I am writing this letter to provide a character reference for Wayne Tackett who is appearing before you court. My name is Jessica Tackett. I have known Wayne for almost 21 years and feel compelled to share just how important Wayne is to me, my husband, and his granddaughters.

I met Wayne through my husband. He is my father-in-law. Over the years, we have developed a close relationship. From the moment I met Wayne, he treated me as if I was one of his very own children. After my husband and I got married in 2007, Wayne moved in with us and has lived with us ever since. My own father and I have a very estranged relationship leaving a missing part in my life. However, Wayne has filled that missing part. He treats me as if I am his own daughter. He has shown me the love and support a father is supposed to have for his daughter.

Our two daughters, Haley age 16 and Skyylar age 14, have never known a moment without their grandfather. He has been with them from the moment they were born. He has encouraged them in everything they have done from dance to archery. When needed he helps take them to doctor's appointments and picks them up from school when my husband and I cannot. He stays with them when they are sick when we must work. He shows patience and compassion with our Haley, who has autism. He teaches our Skyylar to have confidence in herself and her abilities. Their relationship with him is strong and I fear if he is taken away from them it will be detrimental to them. He is one of their biggest supporters.

My husband and Wayne have a very strong bond. My husband is the good man he is because of his father. Wayne has taught him how important family is. He has passed to my husband characteristics such as honesty, patience, respect, responsibility, love, and compassion. Wayne was my husband's biggest supporter when he decided to go into the coal mines like he did and then again when my husband decided to become a plumber.

I am very aware of the charges that he is facing and the consequences of those charges. However, I am pleading for leniency. Not only will my family be affected, but Wayne also has two other sons, a daughter, and 10 other grandchildren that will be affected if he is taken away from them.

Sincerely,

*Jessica Tackett*

Jessica Tackett

Dear Judge Caldwell,

My papaw wayne is the most humble, loving, hardworking, and family oriented person i've ever met. When I was 5 years old my parents were at the peak of their addiction. Me and my brother Brayden moved in with my mamaw, whose home is only not even a 2 minute walk from my papaw waynes house. That summer was one of my most memorable. My grandparents are the reason I'm the person I am today. I could go on for days about how I think my papaw hung the moon and stars, but i'll just give you the run down. My papaw taught me how to drive, has never missed a dance recital, homecoming, prom, graduation, family gathering, birthday party, but most importantly my baptism! My papaw is who I think of when someone mentions a "God fearing man." My papaw has told me my whole life to just put all my worries in god and everything will be okay! All my siblings, 1st cousins, parents, stepparents, aunts, uncles, and everyone far and few between is so beyond lucky to have the privillege and honor to share the same blood as such an amazing man. I truly believe my papaw meant 0 harm towards anyone. He was just trying to make a living. My papaws the type of man to give you the shirt off his back if someone, even a stranger needed. That's the

type of person my papaw is. He's never met a stranger, or someone who doesn't instantly love him the second they meet him. I can only hope to grow up and be ½ the person he is. All of his grandkids look at him like superman. My baby cousins Kainen, Kohen, and Flora, and my little sister Ellie vary from the ages of 5-5months. They do not deserve to have to grow up without their papaw. All the older grandkids whom's ages vary from 14-1: couldn't and wouldn't want to imagine not having papaw be a 2 minute walk or a phone call away. I'm graduating highschool this year, and my sister Shayleigh and cousin Skyylar are graduating 8th grade. He was there from everything from a preschool graduation to hopefully my highschool and college ones. I will be the second person in our family to graduate college, the first being my aunt Katie, his daughter. My biggest goal is to make him proud. I want more than anything to be able to say "I made my papaw proud". My papaw is 65 years old, as much as I hate to say it I know the days of having him around are becoming shorter. When the time comes my papaw deserves to be surrounded by the people who love him the most. If I could give him the world I would. He's the best man I've ever had the privilege of knowing but especially loving.
— Brooklynn Tackett

To whom it may concern:

I have known Wayne Tackett for approximately fifteen years and consider him a very good friend.

I have a farm and he frequently helps me with maintenence and servicing my farm equipment. He often does this work without any fee for his labor. He has always been dependable and honest with me. He is a very kindhearted man that will do anything he can to help a person in need.

Wayne and I have many mutual friends and every one of them, I believe, consider him to be a nice and kind man that treats people fairly and with respect.

I respectfully ask you to give him merciful consideration in this matter as he truly is a good man.

Sincerely,
Mark Greene

Dear Judge Caldwell

This is Wayne I have done every thing that the ATF ask me to do and am still been going to th Fleemarket to sell ammo + acessery for guns they sent me to watch for the men coming from NY Buying guns. But they haven't come back all the other men that were there at the fleemarkt selling + trading guns are still there doing the same thing I'm in trouble for all I'm asking is your mercy I've stayed out of trouble for 63 years untill they came along God gives us all a second chance Please have mercy on me Just dont understand why they just targeted me & my Buddy

Wayne Tribbett

Dear Judge Caldwell,

Wayne Tackett, my ex husband, the father of my 4 children, and the papaw to our grandkids. Wayne is a man who I'm so proud to have in my family. Wayne gave me the greatest gift I could've ever recieved, motherhood. Our 4 children, Anthony, Josh, Joseph, and Katie grew up to be amazing people. I have to give him credit, all of my kids remind me so much of him in different ways. Anthony-funny and kind, Josh-hardworking and determined, Joseph-honest and Katie-faithful and nurturing. All of our children are married and have kids of their own, they all absolutely adore him and none of us could make it without him. No matter what happened between us doesn't change the fact that Wayne is a great person and nothing can change that fact. The way I see my babies look at their dad/papaw like he hung the moon and stars. Seeing the way all their eyes light up when they see him is something extremely special. Theres no doubt in this world Wayne isn't an amazing dad/papaw.

*[signature]*

Dear Judge Caldwell,

I am the granddaughter of Draylin Tackett. I have offered to write this letter to tell you how important my papaw is to him and to everyone else around him. I am one of his many grandchildren, but there being 12 of us kids he has never failed to make me or any of the other kids feel left out or unloved, he has always been there if any of us needed anything whether it was giving me and Haley a ride to the doctor, giving me and Brayden a ride to archery practice, letting me, Haley, Brooklynn, and Brayden ride his four-wheeler even though we all crashed into his car once or twice, he's never failed to make Shayleigh, Daniel, and Lexi feel apart of the family, he gives Sadie, Kaine, and Kohen all the experiences little kids should have, he makes sure Ellie and Nora get the same amount of love and attention all of us kids get even though they're the youngest of us all. My papaw is a role model and someone I very highly look up too. He loves everyone tremendously and everyone around him loves him too.

Sincerely, Skyylar Tackett

US POSTAGE
$002.310
FEB 06 2025
FIRST CLASS

Wayne Tackett
Po Box 339
Betsy Layne, KY 41605

The Honorable Karen K Caldwell
United States District Judge
US District Court
Lexington, KY 40507







Pen+GEAR

Find more at Walmart.com
©2024 Walmart, Inc.
"Pen+Gear" is a trademark of
Walmart Inc. All Rights Reserved.
Distributed by: Wal-Mart Stores Inc.
Walmart Inc., Bentonville, AR 72716
MADE IN US/MADE IN EE.UU

Made in the USA
Factory Certified

Back of Envelope

**HONEYCOMB MAILER #5**
10.5" x 15"